UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STANLEY J. HELLER, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>INPHONIC, INC., )<br>)<br>Defendant. )<br>_____ ) | Case No. 1:06cv01577-ESH<br>Judge Ellen Segal Huvelle |

## ORDER

This Court has before it Defendant InPhonic, Inc.'s Motion to Stay Further Proceedings Pending a Ruling by the Judicial Panel on Multidistrict Litigation. IT IS HEREBY ORDERED that the motion is GRANTED, and that this matter will be stayed until the JPML issues its ruling on InPhonic's pending motion for transfer and consolidation.

DATED: _____          _____
                                        Ellen Segal Huvelle
                                        UNITED STATES DISTRICT JUDGE