## Colella, Ugo

**From:** DCD_ECFNotice@dcd.uscourts.gov
**Sent:** Tuesday, July 25, 2006 11:47 AM
**To:** DCD_ECFNotice@dcd.uscourts.gov
**Subject:** Activity in Case 1:06-cv-00528-ESH DAVIS v. INPHONIC, INC. "Order on Motion for Miscellaneous Relief"

***NOTE TO PUBLIC ACCESS USERS*** You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.

U.S. District Court

District of Columbia

Notice of Electronic Filing

The following transaction was received from lcesh2, entered on 7/25/2006 at 11:46 AM and filed on 7/25/2006
**Case Name:** DAVIS v. INPHONIC, INC.
**Case Number:** 1:06-cv-528
**Filer:**
**Document Number:**

**Docket Text:**
MINUTE ORDER: Upon consideration of defendant's Motion to Set Uniform Pretrial Dates Pending a Ruling by the Judicial Panel on Multidistrict Litigation and plaintiffs' joint response, it is hereby ordered that the motion [10] is GRANTED IN PART and these matters will be stayed pending the decision of the MDL panel. Signed by Judge Ellen S. Huvelle on 7/24/2006. (lcesh2)

The following document(s) are associated with this transaction:

**1:06-cv-528 Notice will be electronically mailed to:**

Mitchell R. Berger    mberger@pattonboggs.com, mcutts@pattonboggs.com; aprice@pattonboggs.com

Ugo A. Colella    ucolella@pattonboggs.com

Christopher William Hellmich    chellmich@pattonboggs.com, afrey@pattonboggs.com; mberger@pattonboggs.com; jtwining@pattonboggs.com; ucolella@pattonboggs.com

John Anthony Peca    japeca@climacolaw.com,

Keith T. Vernon    ktvern@climacolaw.com, pwlamb@climacolaw.com

**1:06-cv-528 Notice will be delivered by other means to:**

8/3/2006