UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| STANLEY J. HELLER, <br><br> Plaintiff, <br><br> v. <br><br> INPHONIC, INC., <br><br> Defendant. | Case No. 1:06cv01577-ESH <br> Judge Ellen Segal Huvelle |

## DEFENDANT'S DISCLOSURE OF CORPORATE AFFILIATIONS AND FINANCIAL INTERESTS

Certificate required by LCvR 7.1 of the Local Rules of the United States District Court for the District of Columbia: I, the undersigned, counsel of record for InPhonic, Inc., certify that to the best of my knowledge and belief, InPhonic, Inc. has no parent companies, subsidiaries or affiliates which have any outstanding securities in the hands of the public.

These representations are made in order that judges of this Court may determine the need for recusal.

Dated: September 20, 2006

/s/ Mitchell R. Berger

Mitchell R. Berger (DC Bar # 385467)
**PATTON BOGGS LLP**
2550 M Street, NW
Washington, DC 20037
Telephone: (202) 457-6000
Facsimile: (292) 457-6315
*Attorneys for Defendant InPhonic, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on September 20, 2006, a copy of the foregoing Disclosure of Corporate Affiliations and Financial Interests was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Jason M. A. Twining
Jason M. A. Twining